FRANCES THOMPSON, Respondent, v. BROOKLYN AND QUEENS TRANSIT COR-PORATION, Appellant, and THE CITY OF NEW YORK, Defendant.*— Action to recover damages for personal injuries sustained by plaintiff when the street car on which she was a passenger came in contact with an ash truck owned by the city of New York. The jury rendered a verdict in favor of defendant the city of New York, and against defendant Brooklyn and Queens Transit Corporation in the sum of $55,000. By order entered May 29, 1934, the court granted a motion to set aside the verdict against the transit corporation unless plaintiff consented to reduce the verdict to $30,000. Plaintiff having so consented, a judgment for $30,000 and costs was entered. Appeal by defendant Brooklyn and Queens Transit Corporation from the judgment and order. Judgment as against defend-ant Brooklyn and Queens Transit Corporation and order in effect denying its motion to set aside the verdict reversed on the facts and a new trial granted, costs to appellant to abide the event, unless within ten days from the entry of the order herein plaintiff stipulate that the verdict be further reduced to $20,000; in which event the judgment as so modified, and the order, as modified accordingly, are

affirmed, without costs. We are of opinion that $20,000 is sufficient compensation for the injuries sustained. Lazansky, P. J., Scudder and Tompkins, JJ., concur; Hagarty and Davis, JJ., dissent and vote to affirm.